UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-01398 JAK (SHKx) | Date | June 1, 2020 |
|---|---|---|---|
| Title | Adam Emmanuel Garcia v. Kenneth Willow, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING DEFENDANTS FOR LACK OF PROSECUTION (DKT. 92) JS-6**

On May 15, 2020, an order issued directing Adam Emmanuel Garcia ("Plaintiff") to file any amended complaint on or before May 28, 2020. Dkt. 92 at 2. Plaintiff was advised that a failure to do so would result in the dismissal of the action. *Id.* Plaintiff has not made any filing in response to the May 15 Order. Accordingly, this action is **DISMISSED** for lack of prosecution and failure to comply with a court order.

**IT IS SO ORDERED.**

: 

Initials of Preparer    cw